

**DEENA M. CRIMALDI**
dcrimaldi@oslaw.com

December 1, 2025

**Via ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

      Re:    *Southwest Marine & General Insurance Company v. Ohio Security Insurance Company and NorGUARD Insurance Company*
            **Civil Action No. 1:25-cv-08194-JAV**
            **Briefing Schedule for NorGUARD's Motion to Dismiss**

Dear Judge Vargas:

      Our firm represents Plaintiff Southwest Marine & General Insurance Company. At the Court's direction during the Pretrial Conference on November 25, 2025, counsel for NorGUARD and counsel for Southwest were directed to confer and establish a briefing schedule for NorGUARD's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

      After consultation, the parties jointly agree that Southwest will file its opposition brief by **December 9, 2025,** and Defendant NorGUARD will file its reply brief by **December 23, 2025**.

      We respectfully present these deadlines and hope they are suitable for the Court's schedule.

                                      Respectfully submitted,

                                      */s/ Deena M. Crimaldi*

                                      DEENA M. CRIMALDI

Cc:    Marshall Potashner, Esq. (via ECF)
         Yale Glazer, Esq. (via ECF)