USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE & GENERAL
INSURANCE COMPANY,

        Plaintiff,

-against-

OHIO SECURITY INSURANCE
COMPANY, et al.,

        Defendants.

25-CV-08194 (JAV) (BCM)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

      Due to a scheduling conflict, the settlement conference previously scheduled for June 2, 2026, is hereby RESCHEDULED to **June 29, 2026**, at **2:15 p.m.** The parties shall submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt 33 ¶¶ 3,4) no later than **June 22, 2026**.

Dated:  New York, New York
        June 2, 2026

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**